USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ ORIGINAL
NOV 0 9 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                     :
                                             :
        - v. -                               :
                                             :    **INDICTMENT**
LEANDRO BIERD,                               :
                                             :    **16 Cr. CRIM  748**
                        Defendant.           :
                                             :

- - - - - - - - - - - - - - - - - - - - - - X

### COUNT ONE

The Grand Jury charges:

1.    From at least in or about August 2016, up to and including in or about September 2016, in the Southern District of New York and elsewhere, LEANDRO BIERD, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that LEANDRO BIERD, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.    The controlled substance that LEANDRO BIERD, the defendant, conspired to distribute and possess with the intent to

JUDGE BUCHWALD

distribute was 40 grams and more of mixtures and substances containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.    As a result of committing the controlled substance offense charged in Count One of this Indictment, LEANDRO BIERD, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense, and any and all property used, or intended to be used, in any manner or part, to commit, and to facilitate the commission of the offense charged in Count One of this Indictment.

## Substitute Assets Provision

5.    If any of the above-described forfeitable property, as a result of any act or omission of LEANDRO BIERD, the defendant:

a.    cannot be located upon the exercise of due

diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461(c).)

FOREPERSON

Preet Bharara
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LEANDRO BIERD,

Defendant.

INDICTMENT

16 Cr. ___

(21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

11/9/16 Filed indictment
on    Judge Netburn