```
gbh2biec kjc
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,               New York, N.Y.

          v.                            16 Cr. 748(NRB)

LEANDRO BIERD,

               Defendant.

------------------------------x
                                        November 17, 2016
                                        3:35 p.m.

Before:

               HON. NAOMI REICE BUCHWALD,

                                        District Judge



                        APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BY:  JONATHAN E. REBOLD
     Assistant United States Attorney


FEDERAL DEFENDERS OF NEW YORK
     Attorneys for Defendant
BY:  JULIA L. GATTO




ALSO PRESENT:

ELIZABETH TORRES, Spanish Interpreter
```

1               (Case called)
2               MR. REBOLD:  Jonathan Rebold for the government.  Good
3     afternoon, Judge Buchwald.
4               MS. GATTO:   Good afternoon, your Honor.  Federal
5     Defenders of New York, by Julia Gatto, for Mr. Bierd.
6               THE COURT:  Am I correct that Mr. Bierd has not been
7     arraigned on the indictment?
8               MS. GATTO:  He was arraigned yesterday in mag court.
9               THE COURT:  All right.
10              So have counsel had an opportunity to discuss a
11    discovery schedule?
12              MS. GATTO:  We haven't, your Honor.  No discovery has
13    been made yet.  I think the government can probably speak to
14    it.
15              MR. REBOLD:  I can, your Honor.
16              I am here on behalf of the assigned assistant, Matthew
17    Laroche, who has been on trial, but informs me that the
18    discovery is very limited in this case.  It is a pretty
19    straightforward narcotics case.  He expects to have all
20    discovery in defense counsel's hand within about a week, if
21    that's acceptable to the court.
22              THE COURT:  Ms. Gatto, when would you like to come
23    back?
24              MS. GATTO:  I think it would make sense to come back
25    in about four weeks from today, after I have had the

1  opportunity to review discovery, and then I can report if I
2  anticipate any motions.
3              THE COURT:  By my calculation, that is December 15.
4              MS. GATTO:  That's right, your Honor.  That's a good
5  day for us.
6              THE COURT:  How about 4:45?  Is that good?
7              MS. GATTO:  That's fine.  Yes, your Honor.
8              THE COURT:  Is there any objection to waiving the
9  speedy trial time until then?
10             MS. GATTO:  No objection, your Honor.
11             THE COURT:  I find that a continuance until December
12 15 serves the ends of justice and outweighs the best interests
13 of the public and the defendant in a speedy trial in that it
14 will permit time for the government to make discovery and the
15 defendant to consider that discovery and any possible motions
16 that the defendant may have.
17             Is there anything else at this time?
18             MR. REBOLD:  Not from the government.
19             MS. GATTO:  No, your Honor.  Thank you.
20             THE COURT:  Thank you.
21                            - - -
22
23
24
25